# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| PENNEY CHESSER, DONALD MAIR, CLAY MEYER, and ZACHARY SETTERBURG, | |
| Plaintiffs, | No. C 06-4012-MWB |
| vs. | **ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT** |
| HEARTLAND AUTOMOTIVE SERVICES, INC., d/b/a JIFFY LUBE, | |
| Defendant. | |

_____

This matter comes before the court on September 11, 2006, on a joint motion by the parties for approval of the settlement set forth in the Joint Stipulation of Settlement and Release ("Stipulation of Settlement"). Based on the terms of the Stipulation of Settlement, the Memorandum of Law in Support of Joint Motion for Approval of Settlement, Notice of Settlement, Settlement Approval and Release of Claims Form, Final Settlement Allocations spreadsheet, and all of the files, records, and proceedings herein, the court finds the terms and conditions of settlement set forth in the Stipulation of Settlement are fair, reasonable, and in the best interest of the plaintiffs.

THEREFORE, it is hereby ordered, as follows:

1. This order incorporates by reference the definitions in the Stipulation of Settlement, and all terms used herein shall have the same meanings set forth in the Stipulation of Agreement.

2. Pursuant to the procedures for a collective action under the Fair Labor Standards Act and as otherwise required, this court hereby approves the settlement set forth in the Stipulation and Settlement and finds that said settlement is, in all respects, fair and reasonable.

3. This court has jurisdiction over the subject matter and the parties and retains continuing jurisdiction over (a) implementation of this settlement and any award or distribution of the settlement payments; and (b) construction, enforcement, and administration of the Stipulation of Settlement.

4. All of the plaintiffs' claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED** this 11th day of September, 2006.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA